UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GLUTH, | No. 2:22-cv-0133 AC P |
| Petitioner, | |
| v. | ORDER |
| PAUL THOMPSON, et al., | |
| Respondents. | |

      This case was opened on the basis of petitioner's motion to consider pleadings filed in another case, which was styled as a petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. By order filed January 26, 2022, petitioner was given thirty days to submit a petition and either pay the filing fee or file an application to proceed in forma pauperis. ECF No. 3. He was further cautioned that failure to do so would result in a recommendation that this action be dismissed. Id. at 2. Thirty days have now passed, and petitioner has not filed a petition, paid the filing fee, filed a motion to proceed in forma pauperis, or otherwise responded to the court's order. Petitioner will be given one final opportunity to comply with the January 26, 2022 order.

      Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the service of this order, petitioner shall file a petition and submit either an application to proceed in forma

////

////

1

pauperis or the filing fee in the amount of $5.00.  Failure to do so will result in a recommendation that this action be dismissed without further warning.

DATED: March 14, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE