1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID GLUTH,                              No.  2:22-cv-0133 KJM AC P

12                    Petitioner,

13         v.                                   ORDER

14    PAUL THOMPSON, et al.,

15                    Respondents.

16

17         Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of

18    habeas corpus under 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate

19    Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On April 25, 2022, the magistrate judge filed findings and recommendations, which were

21    served on petitioner and which contained notice to petitioner that any objections to the findings

22    and recommendations were to be filed within fourteen days.  ECF No. 6.  Petitioner has not filed

23    objections to the findings and recommendations.

24         The court presumes that any findings of fact are correct.  *See Orand v. United States*,

25    602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

26    de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

27    by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

28    /////

1   . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

2   supported by the record and by the proper analysis.

3          Accordingly, IT IS HEREBY ORDERED that:

4          1.  The findings and recommendations filed April 25, 2022 (ECF No. 6), are adopted in

5   full.

6          2.  This action is dismissed for failure to prosecute and failure to comply with a court

7   order.  *See* Fed. R. Civ. P. 41(b); L.R. 110.

8   DATED:  June 9, 2022.

9

10                                                    _____

11                                                    CHIEF UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28